**Eileen CHAUFOURNIER,**
**Plaintiff–Appellant,**

v.

**CARNIVAL CORPORATION,**
**A Foreign Corporation,**
**Defendant–Appellee.**

**No. 10–15779**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 1, 2011.

Charles Mindlin, Robert J. Fenstersheib, Matthew Justin Shilling, Fenstersheib & Associates, PA, Hallandale, FL, for Plaintiff–Appellant.

Donnise Annette Desouza, Carnival Cruise Lines, Inc., Hialeah, FL, Leah Harkiewicz Martinez, Valentina M. Tejera, Mase Lara Eversole, P.A., Miami, FL, for Defendant–Appellee.

Before TJOFLAT, EDMONDSON and KRAVITCH, Circuit Judges.

PER CURIAM:

The district court dismissed plaintiff's claim because plaintiff failed to file this action within the one-year limitations period provided in her passenger ticket contract with the defendant. In dismissing her claim, the court rejected plaintiff's argument that the limitations period should be equitably tolled. Plaintiff appeals the dismissal, arguing that the district court failed properly to apply our decision in *Booth v. Carnival Corporation*, 522 F.3d 1148 (11th Cir.2008), to the facts in this case. We disagree; the district court properly applied the law of equitable tolling to the facts at hand. Its judgement is therefore

**AFFIRMED.**